UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Kevin R. Karolak and   Case No. 12-61378-PJS
Mary Kristen Karolak,   Chapter 7
                                                  Hon. Phillip J. Shefferly

        Debtors.
_____/

Homer W. McClarty, Trustee,

        Plaintiff,

v.   Adversary Case No. 13-04394

University Liggett School,

        Defendant.
_____/

## REPORT OF PARTIES' RULE 26(f) CONFERENCE

Pursuant to Fed. R. Bank. P. 7026 and Fed. R. Civ. P. 26(f), a conference was held and participated in by:

        Tracy M. Clark, Esq. for Plaintiff
        Joseph J. Shannon, Esq. for Defendant
        Marc M. Bakst, Esq. for Defendant

This report is submitted as the required report of that conference.

(1)        Initial Disclosures required by Fed. R. Civ. P. 26(a)(1).

        [X] The parties will provide such by August 1, 2013; or
        [ ] The parties agree to provide the following at the times indicated:

(2)        Discovery Plan.  The parties jointly propose to the court the following discovery plan:

        (a)    Discovery will be needed on the following subjects:

            All matters pertinent to any claims made in the Complaint, and in defenses made in any answers and/or affirmative defenses.

        (b)    All discovery commenced in time to be completed by August 30, 2013.

(c) Maximum of 30 interrogatories by each party to any other party. [Responses due 30 days after service.]

(d) Maximum of 25 requests for admission by each party to any other party. [Responses due 30 days after service.]

(e) Maximum of 3 depositions by Plaintiff and 3 by Defendant.

(f) Each deposition limited to a maximum of 3 hours unless extended by agreement of parties.

(g) Reports from retained experts under Rule 26(a)(2) due August 15, 2013; rebuttal reports due August 23, 2013.

(h) Supplementation under Rule 26(e) due within 10 days after information acquired.

(3) <u>Other Agreed Upon Items</u>.

(a) Plaintiff should be allowed until August 8, 2013 to join additional parties and until August 15, 2013 to amend the pleadings.

(b) Defendant should be allowed until August 8, 2013 to join additional parties and until August 15, 2013 to amend the pleadings.

(c) All potentially dispositive motions should be filed by September 13, 2013.

(d) The proceeding should be ready for trial by October 2013. The trial is expected to take approximately 1/2 trial day.

(e) <u>Jury Trial Matters</u>.

(i) [X] a jury trial was <u>not</u> timely demanded and <u>is</u> waived; or
[ ] a jury trial was timely demanded, but is waived; or
[ ] a jury trial was timely demanded but not waived.

(ii) [ ] the parties consent to the Bankruptcy Court conducting the jury trial; or

[ ] the parties do not at this time consent to the Bankruptcy Court conducting the jury trial.

(f) The parties agree that:

[X] This is a core proceeding, or

[ ] This is a non-core proceedings otherwise related to the bankruptcy case.

(g) [X] The parties consent to the Bankruptcy Court entering a final order or judgment in this proceeding, subject to jurisdictional issues raised in Defendant's Motion for Summary Judgment.

[ ] The parties do not consent to the Bankruptcy Court entering a final order or judgment in this proceeding.

(4) <u>Other matters</u>.

(5) <u>Matters not agreed upon or insufficiently addressed by the foregoing</u>.

STEINBERG SHAPIRO & CLARK                BODMAN PLC

_____/s/ Tracy M. Clark_____        _____/s/ Marc M. Bakst_____
Tracy M. Clark (P60262)                  Joseph J. Shannon (P38041)
Attorney for Trustee                     Marc M. Bakst (P41575)
25925 Telegraph Rd., Suite 203           Attorneys for University Liggett School
Southfield, MI 48033                     6th Floor at Ford Field
(248) 352-4700                           1901 St. Antoine Street
clark@steinbergshapiro.com               Detroit, Michigan 48226
                                         Telephone: (313) 259-7777
                                         Facsimile:   (313) 393-7579
                                         jshannon@bodmanlaw.com
                                         mbakst@bodmanlaw.com