UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                  Chapter 7

Kevin R. Karolak and Mary Kristen Karolak,              Case No. 12-61378

    Debtors.                                                          Hon. Phillip J. Shefferly
_____/

Homer W. McClarty, Chapter 7 Trustee of                 Adversary Proceeding
Kevin R. Karolak and Mary Kristen Karolak,              No. 13-04394-PJS

    Plaintiff,

v.

University Liggett School,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSING COMPLAINT

On September 6, 2013, the Court issued an Opinion Granting Defendant's Motion for Summary Judgment, Denying Plaintiff's Motion for Summary Judgment, and Dismissing Complaint ("Opinion") (ECF No. 32). For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that the Defendant's motion for summary judgment (ECF No. 16) is granted.

**IT IS FURTHER ORDERED** that the Plaintiff's motion for summary judgment (ECF No. 23) is denied.

IT IS FURTHER ORDERED that the Trustee's complaint is dismissed, and this adversary proceeding is closed.

.

**Signed on September 06, 2013**

                                                                           /s/ Phillip J. Shefferly
                                                                           Phillip J. Shefferly
                                                                           United States Bankruptcy Judge